August 24, 1977

M. P. No. 77-288  Town of Westerly v. James R. Parker. Petitions for a Writ of Habeas Corpus and for a Writ of Certiorari have been filed in the above-entitled matter, challenging the defendant's incarceration for non-payment of a fine because he is indigent. Pending a determination by the full court on the issue of granting the Petitions, the defendant will be released on bail in the amount of $1,000 personal recognizance. *William F. Reilly*. Public Defender, *Barbara Hurst*, Assistant Public Defender, for defendant.